UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LINE CONSTRUCTION BENEFIT
FUND,

        Plaintiff,                        Case No. 1:16-mc-15

v.                                      HON. JANET T. NEFF

UNITED POWERLINE
CONTRACTORS, LLC,

        Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action. Plaintiff filed an Ex-Parte Motion for Proceedings Supplementary to Judgment (Dkt 8). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on June 7, 2016, recommending that this Court grant the motion. The Report and Recommendation was duly served on Plaintiff. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 9) is APPROVED and ADOPTED.


Dated: June 27, 2016                              /s/Janet T. Neff
                                                      JANET T. NEFF
                                                      United States District Judge